UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA SPRIGGENS | CIVIL ACTION |
| VERSUS | NO. 15-551 |
| MARLIN N. GUSMAN, ET AL. | SECTION A(1) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

October 15, 2015

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE